UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | Case No. CV 09-6356-CBM(AJW) |
| Petitioner, | ) | |
| v. | ) | [~~PROPOSED~~] JUDGMENT |
| BOARD OF PAROLE HEARINGS, MATTHEW CATO, et al., | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 9/11/09

_____
Consuelo B. Marshall
United States District Judge